**Motion Denied and Order filed June 4, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00896-CV
_____

**QUNICY K.A. SINTIM AND SHIRLEY H. MILLS N/K/A SHIRLEY H. SINTIM, Appellants**

**V.**

**MICHELE LARSON AND BRIAN LARSON, Appellees**

On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2002-40624A

## O R D E R

Appellants' motion for extension to file their brief is **DENIED**. Unless appellants file a brief with this court on or before **June 18, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM